UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RICH PRODUCTS CORPORATION,

                Plaintiff,

  v.                                                         Civil No.: 11-CV-00229-WMS

CABIN FOODS, LLC, a Limited Liability
Company organized under the laws of Texas,
and CABIN FOODS, LLC, a Limited Liability
Company organized under the laws of
California,

                Defendants.

**IT IS HEREBY STIPULATED** and agreed by the attorneys for the parties, indicated below, that the time for Rich Products Corporation ("Rich Products") to Respond to Cabin Foods, LLC's, a Limited Liability Company organized under the laws of Texas ("Cabin Foods Texas") and Cabin Foods, LLC's, a Limited Liability Company organized under the laws of California's ("Cabin Foods California") (collectively "Cabin Foods") motion to dismiss, Filed June 2, 2011 at Docket No. 12, shall be extended. The parties have agreed, with his Honor's consent, that Rich Products's Opposition is due by August 3, 2011 and that Cabin Foods's Reply is due by August 10, 2011.

Case 1:11-cv-00229-WMS   Document 16   Filed 07/18/11   Page 2 of 2

- 2 -

DATED:      July 18, 2011

| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
|---|---|
| **HODGSON RUSS LLP** | **KLOSS, STENGER & LOTEMPIO** |
| By: _s/ Jessica L. Copeland_____<br>    Robert J. Lane, Jr.<br>    Jodyann Galvin<br>    Jessica L. Copeland<br>    The Guaranty Building<br>    140 Pearl Street, Suite 100<br>    Buffalo, New York 14202-2020<br>    Tel: 716-856-4000<br>    rlane@hodgsonruss.com<br>    jgalvin@hodgsonruss.com<br>    jcopeland@hodgsonruss.com | By: ___s/David W. Kloss_____<br>    David W. Kloss<br>    69 Delaware Ave., Suite 1003<br>    Buffalo, New York  14202<br>    Tel: 716-853-1111<br>    dwkloss@klosslaw.com |

**SO ORDERED:**

_____
Chief District Judge William M. Skretny

003278/00707 Business 8491754v1